No. 75–1459. SINGER v. UNITED STATES CIVIL SERVICE COMMISSION ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of the position now asserted by the Solicitor General in his memorandum filed on behalf of the United States Civil Service Commission. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent.

No. 75–1884. CROUCHER ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari granted. On representation of the Solicitor General set forth in his memorandum for the United States, filed December 2, 1976, judgment vacated and case remanded for reconsideration in light of position presently asserted by the Government. In all other respects certiorari denied.

No. 75–7005. WATKINS v. UNITED STATES. C. A. 5th Cir. Motion for leave to proceed in forma pauperis and certiorari granted. On representation of the Solicitor General set forth in his supplemental memorandum for the United States, filed November 24, 1976, judgment vacated and case remanded for reconsideration in light of position presently asserted by the Government.

No. 76–5146. RUDOLPH v. WISCONSIN. Sup. Ct. Wis. Motion for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Doyle v. Ohio, 426 U. S. 610 (1976).

No. A–436. GAYLORD v. UNITED STATES. C. A. 7th Cir. Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.